IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>vs.<br><br>ZECHARIAH K. HAZARD,<br><br>     Defendant. | 4:15CR3135<br><br>**MEMORANDUM AND ORDER** |

  The United States Probation Office, the Clerk's Office, and the U.S. Attorney's Office request that I amend the Judgment to include the following language under "Schedule of Payments", section F:

  Without limiting the foregoing, and following release from prison, the defendant shall make payments to satisfy the criminal monetary penalty in the following manner: (a) monthly installments of $100 or 3% of the defendant's gross income, whichever is greater; (b) the first payment shall commence 30 days following the defendant's discharge from incarceration, and continue until the criminal monetary penalty is paid in full; and (c) the defendant shall be responsible for providing proof of payment to the probation officer as directed.

  I herewith give notice to the defendant that due to a clerical error I am inclined to grant the request and amend the Judgment. I will, however, wait to give the defendant an opportunity to object.

  IT IS ORDERED that if the defendant has an objection to the foregoing amendment of the Judgment, he shall file a written objection on or before January 25, 2021.

  Dated this 14th day of January, 2021.

                    BY THE COURT:

                    *Richard G. Kopf*

                    Richard G. Kopf
                    Senior U.S. District Judge